UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:23-cv-00269

Name of party requesting extension: Fujitsu America Inc.

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 6/8/2023

Number of days requested:   ☐ 30 days
☐ 15 days
✓ Other  45  days

New Deadline Date: 8/14/2023    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Vincent J. Rubino, III

State Bar No.: NY Bar No. 4557435

Firm Name: FABRICANT LLP

Address: 411 Theodore Fremd Avenue
Suite 206 South
Rye, NY 10580

Phone: (212) 257-5797

Fax:  (212) 257-5796

Email: vrubino@fabricantllp.com

A certificate of conference does not need to be filed with this unopposed application.